B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rofstad, Robert W. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Rofstad, Debra A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8254** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4363** |
| Street Address of Debtor (No. and Street, City, and State):<br>**574 Gateshead North**<br>**Elk Grove Village, IL**           ZIP Code **60007** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**574 Gateshead North**<br>**Elk Grove Village, IL**           ZIP Code **60007** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>            ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>            ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rofstad, Robert W. Jr.** <br> **Rofstad, Debra A.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X  /s/ George J. Koulogeorge**          **March 31, 2015** <br> Signature of Attorney for Debtor(s)          (Date) <br> **George J. Koulogeorge** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rofstad, Robert W. Jr.**<br>**Rofstad, Debra A.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert W. Rofstad, Jr.**
Signature of Debtor  **Robert W. Rofstad, Jr.**

X **/s/ Debra A. Rofstad**
Signature of Joint Debtor **Debra A. Rofstad**

Telephone Number (If not represented by attorney)

**March 31, 2015**
Date

## Signature of Attorney*

X **/s/ George J. Koulogeorge**
Signature of Attorney for Debtor(s)

**George J. Koulogeorge 6291710**
Printed Name of Attorney for Debtor(s)

**Therman Law Offices, Ltd.**
Firm Name

**8501 W. Higgins Road**
**Suite 420**
**Chicago, IL 60631**
Address

**Email: bankruptcy@attorneychicago.com**
**773-545-8849  Fax: 773-545-6337**
Telephone Number

**March 31, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert W. Rofstad, Jr.**
     **Debra A. Rofstad**                 Case No. _____

                            Debtor(s)        Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert W. Rofstad, Jr.**
                             **Robert W. Rofstad, Jr.**

Date:    **March 31, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert W. Rofstad, Jr.**
       **Debra A. Rofstad**                      Case No. _____

                                     Debtor(s)        Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Debra A. Rofstad**
_____
   **Debra A. Rofstad**

Date:   **March 31, 2015**
_____

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Robert W. Rofstad, Jr.,**
         **Debra A. Rofstad**

Case No. _____

_____,

Chapter _____**13**_____

                                    Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 589,589.00 | | |
| B - Personal Property | Yes | 4 | 335,203.41 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 504,945.72 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 723.05 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 38 | | 215,789.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 10,021.33 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,323.76 |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 924,792.41 | | |
| Total Liabilities | | | | 721,458.64 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Robert W. Rofstad, Jr.,**
       **Debra A. Rofstad**       Case No. _____

                                         Debtors    Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 723.05 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 46,404.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 47,127.05 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 10,021.33 |
| Average Expenses (from Schedule J, Line 22) | 8,323.76 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 5,681.34 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 61,544.72 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 723.05 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 215,789.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 277,334.59 |

B6A (Official Form 6A) (12/07)

.

In re  **Robert W. Rofstad, Jr.,**
**Debra A. Rofstad**

Case No. _____

,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **574 Gateshead North., Elk Grove Village, IL60007-3434**<br><br>**Rofstadt Family Irrevocable Trust No. 001 created January 2, 2009**<br>**EIN: 27-6225089**<br>**Elk Grove Bank & Trust, account # XXXXXX5894** | **Property has been conveyed into The Rofstad Family Irrevocable Trust** | - | 329,589.00 | 166,981.00 |
| **550 E. Devon Ave., Unit 180, Itasca, IL 60143 - business location of Rofstad, Inc.**<br><br>Property to be surrendered to creditors | | J | 260,000.00 | 317,273.36 |

|  |  |  |
|---|---|---|
| Sub-Total > | 589,589.00 | (Total of this page) |
| Total > | 589,589.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Robert W. Rofstad, Jr.,**                                        Case No. _____
         **Debra A. Rofstad**
                                                                       ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase checking account #3119** | J | 0.00 |
| | | **Chase checking account #2053 - DBA Debbie's Embroidery Boutique** | W | 0.00 |
| | | **Chase money market savings account # 2075** | J | 0.00 |
| | | **Chase money market savings account #9810** | J | 0.00 |
| | | **Elk Grove Bank & Trust checking account # 4683** | J | 16,816.40 |
| | | **Elk Grove Bank & Trust money market account #9307** | J | 32,697.21 |
| | | **Bank of America checking account # 2396 - DBA Debbie's Embroidery Boutique** | W | 762.37 |
| | | **Elk Grove Bank & Trust checking account # 5791-Rofstad, Inc.** | - | 25,817.24 |
| | | **Chase checking account # 6015 - Rofstadt, Inc.** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. petty items** | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. petty items** | J | 400.00 |
| 6. Wearing apparel. | | **Misc. clothing** | J | 200.00 |
| 7. Furs and jewelry. | | **Misc. petty itmes** | J | 200.00 |

Sub-Total >     77,393.22
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**                 Case No. _____

        **Debra A. Rofstad**

                                             Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Misc. petty items** | J | 100.00 |
| | | **Sewing machine** | W | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Level 20 year term policy through Northwestern Mutual** | H | 0.00 |
| | | **Level 20 year term policy through Northwestern Mutual** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401k through American Funds/Fidelity** | W | 70,063.02 |
| | | **401k through American Funds/Fidelity** | H | 161,672.17 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Rofstad, Inc.- corporation has been dissolved. Last date of operation 9/15/14** | J | 0.00 |
| | | **Debbie's Embroidery Boutique - sole-proprietorship (hobby) run by Debbie Rofstad** | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Rofstad, Inc.** | J | 0.00 |
| | | **Debbie's Embroidery Boutique** | W | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

                                                       Sub-Total >      **232,835.19**

                                                       (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**                                   Case No. _____
       **Debra A. Rofstad**
                                                   ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2014 federal income tax refund** | J | **3,480.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Rofstad, Inc.** | J | **0.00** |
| | | **Debbie's Embroidery Boutique** | W | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2014 Nissan Altima (10K+ miles)** | H | **16,420.00** |
| | | **2009 Ford Escape (approx. 45K miles)** | J | **5,075.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. petty items** | J | **0.00** |

Sub-Total >   **24,975.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**                                  Case No. _____
         **Debra A. Rofstad**

_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|:---:|:---:|---:|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. petty items** | J | 0.00 |
| 30. Inventory. | | **Misc. oilder, discontinued items** | J | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **335,203.41** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   **Robert W. Rofstad, Jr.,**                                    Case No. _____
        **Debra A. Rofstad**
                                        ,
                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:                ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                   $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                                        *with respect to cases commenced on or after the date of adjustment.)*
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **574 Gateshead North., Elk Grove Village, IL60007-3434** | **735 ILCS 5/12-901** | **30,000.00** | **329,589.00** |
| | | | |
| **Rofstadt Family Irrevocable Trust No. 001 created January 2, 2009 EIN: 27-6225089 Elk Grove Bank & Trust, account # XXXXXX5894** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Elk Grove Bank & Trust checking account # 4683** | **735 ILCS 5/12-1001(b)** | **2,757.63** | **16,816.40** |
| **Bank of America checking account # 2396 - DBA Debbie's Embroidery Boutique** | **735 ILCS 5/12-1001(b)** | **762.37** | **762.37** |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Sewing machine** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401k through American Funds/Fidelity** | **735 ILCS 5/12-1006** | **70,063.02** | **70,063.02** |
| **401k through American Funds/Fidelity** | **735 ILCS 5/12-1006** | **161,672.17** | **161,672.17** |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2014 federal income tax refund** | **735 ILCS 5/12-1001(b)** | **3,480.00** | **3,480.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 Ford Escape (approx. 45K miles)** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **5,075.00** |

|  | Total: | 274,535.19 | 588,457.96 |
|---|---|---|---|

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re     **Robert W. Rofstad, Jr.,**
        **Debra A. Rofstad**
                                   **Debtors**

Case No. _____

,

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx8486 <br><br> **Bank of America** <br> **Attn: Correspondence** <br> **Unit/CA6-919-02-41** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | | J | Opened  8/01/09  Last Active  7/03/14 <br> **Mortgage** <br> **574 Gateshead North., Elk Grove Village,** <br> **IL60007-3434** <br> **Rofstadt Family Irrevocable Trust No.** <br> **001 created January 2, 2009** <br> **EIN: 27-6225089** <br> **Elk Grove Bank & Trust, account #** | | | | | |
| | | | Value $                      329,589.00 | | | | 83,096.00 | 0.00 |
| Account No. xxxxxxx6147 <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | | J | Opened  2/01/03  Last Active  6/25/14 <br> **Home Equity Line of Credit** <br> **574 Gateshead North., Elk Grove Village,** <br> **IL60007-3434** <br> **Rofstadt Family Irrevocable Trust No.** <br> **001 created January 2, 2009** <br> **EIN: 27-6225089** <br> **Elk Grove Bank & Trust, account #** | | | | | |
| | | | Value $                      329,589.00 | | | | 83,885.00 | 0.00 |
| Account No. xxxxxxxxx3002 <br><br> **Chase** <br> **PO Box 6026** <br> **Mailcode IL1-0054** <br> **Chicago, IL 60680-6026** | | J | **Business Line of Credit** <br><br> **550 E. Devon Ave., Unit 180, Itasca, IL** <br> **60143** <br> **- business location of Rofstad, Inc.** <br><br> **Property to be surrendered to creditors** | | | | | |
| | | | Value $                      260,000.00 | | | | 69,030.86 | 0.00 |
| Account No. xxxxxxx8001 <br><br> **Chase** <br> **PO Box 9001022** <br> **Louisville, KY 40290-1022** | | J | **Commercial loan** <br><br> **550 E. Devon Ave., Unit 180, Itasca, IL** <br> **60143** <br> **- business location of Rofstad, Inc.** <br><br> **Property to be surrendered to creditors** | | | | | |
| | | | Value $                      260,000.00 | | | | 134,805.65 | 57,273.36 |
|    __1__    continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 370,817.51 | 57,273.36 |

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **Robert W. Rofstad, Jr.,**              Case No. _____
         **Debra A. Rofstad**
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxe. 180**<br><br>**Devon Commons Commercial Condo Assn**<br>**c/o Sequoia Realty Group**<br>**1900 S. Highland Ave., Ste. 104**<br>**Lombard, IL 60148** | | J | Association Assessments<br><br>550 E. Devon Ave., Unit 180, Itasca, IL 60143<br>- business location of Rofstad, Inc.<br><br>Property to be surrendered to creditors | | | | | |
| | | | Value $              **260,000.00** | | | | **0.00** | **0.00** |
| Account No. **xx-xx-xx4-007**<br><br>**Gwen Henry, CPA, County Collector**<br>**DuPage County**<br>**421 N. County Farm Rd.**<br>**Wheaton, IL 60187** | | J | Real Estate Taxes<br><br>550 E. Devon Ave., Unit 180, Itasca, IL 60143<br>- business location of Rofstad, Inc.<br><br>Property to be surrendered to creditors | | | | | |
| | | | Value $              **260,000.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxxx0001**<br><br>**Nissan Motor**<br>**Po Box 660360**<br>**Dallas, TX 75266** | | H | Opened  7/08/14  Last Active  7/01/14<br><br>2014 Nissan Altima (10K+ miles) | | | | | |
| | | | Value $              **16,420.00** | | | | **20,691.36** | **4,271.36** |
| Account No. **xxxxxx4506**<br><br>**U.S. Small Business Administration**<br>**801 R St., Ste. 101**<br>**Fresno, CA 93721** | | J | Unk.<br>SBA Mortgage<br>550 E. Devon Ave., Unit 180, Itasca, IL 60143<br>- business location of Rofstad, Inc.<br>Property to be surrendered to creditors | | | | | |
| | | | Value $              **260,000.00** | | | | **113,436.85** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _**1**_ of _**1**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **134,128.21** | **4,271.36** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **504,945.72** | **61,544.72** |

B6E (Official Form 6E) (4/13)

.

In re    **Robert W. Rofstad, Jr.,**                                    Case No. _____
         **Debra A. Rofstad**
_____,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Robert W. Rofstad, Jr.,**
         **Debra A. Rofstad**
                                                              Case No. _____
                                                ,
                                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | Business & personal related related | | | | | |
| **Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338** | | J | | | | | | 0.00 |
| | | | | | | | 723.05 | 723.05 |
| Account No. **Unk.** | | | Business related | | | | | |
| **Illinois Dept. of Employment Secur. PO Box 19300 Springfield, IL 62794-9300** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. **Unk.** | | | Business & personal related | | | | | |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to | Subtotal | 0.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 723.05 / 723.05 |
| | Total | 0.00 |
| | (Report on Summary of Schedules) | 723.05 / 723.05 |

B6F (Official Form 6F) (12/07)

In re  **Robert W. Rofstad, Jr.,**
       **Debra A. Rofstad**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.**<br><br>**A&W Tool**<br>**5309 Business Pkwy., Unit 101**<br>**Ringwood, IL 60072** | | J | **Business materials** | | | | 585.00 |
| Account No. **Unk.**<br><br>**A.B. Tools, Inc.**<br>**1051 Aviation blvd.**<br>**Lincoln, CA 95648** | | J | **Business materials** | | | | 0.00 |
| Account No. **Unk.**<br><br>**Air Turbine Technology**<br>**1225 Broken Sound Pkwy. N.W.**<br>**Boca Raton, FL 33487** | | J | **Business materials** | | | | 0.00 |
| Account No. **xxx9507**<br><br>**Altus Global Trade Solutions**<br>**PO Box 1389**<br>**Kenner, LA 70063** | | J | **Business materials** | | | | 5,026.62 |

__37__ continuation sheets attached

Subtotal
(Total of this page)

5,611.62

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

S/N:37481-150326   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
      **Debra A. Rofstad**                                  Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x-x2000** | | | J | | **Business credit card** | | | | |
| **American Express** PO Box 981535 El Paso, TX 79998-1535 | | | | | | | | | 1,565.35 |
| Account No. **Unk.** | | | J | | **Buisness materials** | | | | |
| **American Express** PO Box 650448 Dallas, TX 75265-0448 | | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxx6615** | | | W | | **Opened 4/25/07 Last Active 10/01/12 Credit Card** | | | | |
| **Amex Dsnb** 9111 Duke Blvd Mason, OH 45040 | | | | | | | | | 0.00 |
| Account No. **xxx-xxx-xxxx-5412** | | | J | | **Phone service** | | | | |
| **AT&T** PO Box 5080 Carol Stream, IL 60197-5080 | | | | | | | | | 1,110.04 |
| Account No. **Unk.** | | | J | | **Mobile phone service** | | | | |
| **AT&T Mobility** PO Box 6463 Carol Stream, IL 60197-6428 | | | | | | | | | 0.00 |

Sheet no. __1__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
        (Total of this page)       **2,675.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**                                                    Case No. _____
         **Debra A. Rofstad**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unk.** <br><br> **Autobody Toolmart** <br> **Div. of American Industrial Direct** <br> **2545 Milennium Dr.** <br> **Elgin, IL 60124** | | J | | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **Baker, Govern & Baker, Inc.** <br> **7771 W. Oakland Park Blvd. Ste. 240** <br> **Atrium West Building** <br> **Fort Lauderdale, FL 33351** | | J | | Business materials | | | | 719.64 |
| Account No. **Unk.** <br><br> **Barney Dixon** <br> **927 Hartford Ln.** <br> **Elk Grove Village, IL 60007** | | J | | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **BEM CNC** <br> **410 Remington Rd.** <br> **Schaumburg, IL 60173** | | J | | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **Berkshire Precsion Tool, LLC** <br> **c/o Data Flute CNC** <br> **200 Front Street** <br> **Millersburg, PA 17061** | | J | | Business materials | | | | 0.00 |

Sheet no. __2__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                            719.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
     **Debra A. Rofstad**                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8734** <br><br> **Bk Of Amer** <br> **4161 Piedmont Pkwy** <br> **Greensboro, NC 27410** | | J | **Opened 12/01/02 Last Active 8/03/09** <br> **Real Estate Mortgage** | | | | 0.00 |
| Account No. **xxxxxxxxxxx4583** <br><br> **Bk Of Amer** <br> **Po Box 982235** <br> **El Paso, TX 79998** | | W | **Opened 2/01/10 Last Active 7/22/14** <br> **Credit Card** | | | | 0.00 |
| Account No. **xxxxxxxxxxx1068** <br><br> **Cap1/bstby** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | | W | **Opened 10/10/04 Last Active 12/15/04** <br> **Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx2332** <br><br> **Cap1/carsn** <br> **Po Box 30253** <br> **Salt Lake City, UT 84130** | | W | **Opened 1/24/09 Last Active 7/03/12** <br> **Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx0943** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | H | **Opened 4/01/02 Last Active 7/01/14** <br> **Charge Account** | | | | 7,796.00 |

Sheet no. __3___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,796.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**                                           Case No. _____
        **Debra A. Rofstad**
_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5489** <br><br> **Capital 1 Bank** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 30285** <br> **Salt Lake City, UT 84130** | | J | **Opened 5/01/00 Last Active 6/24/14** <br> **Credit Card** | | | | 6,901.73 |
| Account No. **Unk.** <br><br> **Carmex Precision Tools, LLC** <br> **PO Box 283** <br> **Richfield, WI 53076** | | J | **Business materials** | | | | 4,883.21 |
| Account No. **ROF** <br><br> **Centaur Precision Tools** <br> **13098 SW 133rd Ct.** <br> **Miami, FL 33186** | | J | **Business materials** | | | | 340.01 |
| Account No. **Unk.** <br><br> **CeramTec North America** <br> **One Technology Pl.** <br> **Laurens, SC 29360** | | J | **Business materials** | | | | 545.90 |
| Account No. **Unk.** <br><br> **CGS Tool** <br> **Commercial Grinding Services, Inc.** <br> **1155 Parkway Unit 1** <br> **Medina, OH 44256** | | J | **Business materials** | | | | 163.98 |

Sheet no. __4__ of __37__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        | 12,834.83 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**
       **Debra A. Rofstad**                                                        Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2839**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened  7/01/12  Last Active  6/23/14**<br>**Credit Card** | | | | 0.00 |
| Account No. **xxxxxxx2032**<br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | **Opened  5/01/92  Last Active 12/18/01**<br>**Credit Card** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-7310**<br><br>**Chase - Ink**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | J | **Business credit card** | | | | 352.55 |
| Account No. **6015**<br><br>**Chase Bank**<br>**OH-1-1272**<br>**340 S. Cleveland Ave., Bldg. 370**<br>**Westerville, OH 43081** | | J | **Overdraft** | | | | 100.39 |
| Account No. **xxxxxxxxxxx4373**<br><br>**Chase- Bp**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | W | **Opened  5/01/84  Last Active  5/18/05**<br>**Credit Card** | | | | 0.00 |

Sheet no. __5__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     452.94
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**    Case No. _____
      **Debra A. Rofstad**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Unk.** | | | | | Business materials | | | | |
| **Chips Tool Repair** **6250 Bunker Lake Blvd., Ste. 206** **Ramsey, MN 56303** | | | J | | | | | | 0.00 |
| Account No. **xxxxxx6465** | | | | | Business insurance | | | | |
| **CNA Insurance** **PO Box 790094** **Saint Louis, MO 63179-0094** | | | J | | | | | | 84.15 |
| Account No. **xxxxxx7370** | | | | | Business insurance | | | | |
| **CNA Insurance** **PO Box 790094** **Saint Louis, MO 63179-0094** | | | J | | | | | | 266.84 |
| Account No. **Unk.** | | | | | Business materials | | | | |
| **Colmar Industrial Supply** **500 harvest Ct., Unit 4** **Wheeling, IL 60090** | | | J | | | | | | 2,349.83 |
| Account No. **xxxxxx1064** | | | | | Electric bill | | | | |
| **ComEd** **2100 Swift Dr.** **Oak Brook, IL 60523-9644** | | | J | | | | | | 634.39 |

Sheet no. __6__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,335.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**                                                    Case No. _____
       **Debra A. Rofstad**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1865 Comenity Bank/Ann Taylor Attention: Bankruptcy Po Box 182686 Columbus, OH 43218 | | W | Opened 12/01/13 Last Active 1/09/14 Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx0026 Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | W | Opened 7/01/12 Last Active 6/14/13 Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx1355 Comenity Bank/Dress Barn Attention: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | W | Opened 8/01/12 Last Active 2/13/13 Charge Account | | | | 0.00 |
| Account No. xxxxxxxxxxxx4072 Comenity bank/J Crew Attn: Bankruptcy P.O. Box 182686 Columbus, OH 43218 | | W | Opened 12/01/05 Last Active 1/09/06 Charge Account | | | | 0.00 |
| Account No. xxxxxxx4155 Comenity Bank/nyrk&com Po Box 182789 Columbus, OH 43218 | | W | Opened 10/01/05 Last Active 2/01/06 Credit Card | | | | 0.00 |

Sheet no. __7__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
**Debra A. Rofstad**                                                         Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** <br><br> **Cutting Edge Machining, Inc.** <br> **105 Randall St.** <br> **Elk Grove Village, IL 60007** | | J | **Business materials** | | | | 0.00 |
| Account No. **Unk.** <br><br> **Cutting Tool Supply** <br> **340 Gerri Ln.** <br> **Addison, IL 60101** | | J | **Business materials** | | | | 0.00 |
| Account No. **Unk.** <br><br> **D&L Sales** <br> **310 meyer Rd.** <br> **Bensenville, IL 60106** | | J | **Business materials** | | | | 229.19 |
| Account No. **xxxx1522** <br><br> **Detection Systems & Service** <br> **935 W. Hawthorne Ln.** <br> **West Chicago, IL 60185** | | J | **Business materials** | | | | 324.00 |
| Account No. **Unk.** <br><br> **Devon Commons Commercial Condo Assn** <br> **c/o Sequoia Realty Group** <br> **1900 S. Highland Ave., Ste. 104** <br> **Lombard, IL 60148** | | J | **Association dues** | | | | 1,442.38 |

Sheet no. __8___ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,995.57 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
         **Debra A. Rofstad**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Dorian Tool International** **615 County Rd. 219** **East Bernard, TX 77435** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Dunnwell Pachaging Group, LLC** **10 W. Gateway Dr.** **Bensenville, IL 60106** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Durrie Sales** **10512 United Parkway** **Schiller Park, IL 60176** | | | J | | | | | 159.87 |
| Account No. **Unk.** | | | | Busienss materials | | | | |
| **Elliott Tool Technologies, Ltd.** **1780 Tuttle Ave.** **Dayton, OH 45403** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Busienss materials | | | | |
| **Enco Manufacturing** **400 Nevada Pacific Hwy.** **Fernley, NV 89408** | | | J | | | | | 0.00 |

Sheet no. __9__ of __37__ sheets attached to Schedule of    Subtotal    159.87
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**                                    Case No. _____
        **Debra A. Rofstad**
                                                            ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Unk.** | | | | Business materials | | | | |
| Engis Corp. 105 W. Hintz Rd. PO Box 9046 Wheeling, IL 60090-9046 | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| Engman-Taylor Co., Inc. 7960 Burden Rd. Machesney Park, IL 61115 | | J | | | | | | 0.00 |
| Account No. **xxxxxx0226** | | | | Mitsubishi Materials | | | | |
| Euler Hermes Collections 800 Red Brook Blvd., Ste. 400 C Owings Mills, MD 21117 | | J | | | | | | 52,529.35 |
| Account No. **xxxxxxxxxxx1600** | | | | Business credit card | | | | |
| Exxon Mobil Business Card PO Box 6404 Sioux Falls, SD 57117-6404 | | J | | | | | | 645.99 |
| Account No. **xxxxxxxxxxxx7583** | | | | Opened 3/01/86 Last Active 9/25/03 Credit Card | | | | |
| Exxon Mobile/GE Consumer Finance Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | J | | | | | | 0.00 |

Sheet no. __10__ of __37__ sheets attached to Schedule of                          Subtotal          53,175.34
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**         Case No. _____
       **Debra A. Rofstad**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | Business materials | | | | |
| **F&D Tool Co., Inc.** **PO Box 248** **Three Rivers, MA 01080** | | J | | | | | 0.00 |
| Account No. **Unk.** | | | Business materials | | | | |
| **F&S Engraving, Inc.** **1620 W. Central Rd.** **Mount Prospect, IL 60056** | | J | | | | | 0.00 |
| Account No. **Unk.** | | | Business materials | | | | |
| **Fastcut Tool Corp.** **Dauphin Precision Tool, LLC.** **200 Front St.** **Millersburg, PA 17061** | | J | | | | | 102.49 |
| Account No. **xxxxxxxxxxxx0001** | | | Opened 8/01/08 Last Active 6/21/14 Educational | | | | |
| **Fed Loan Serv** **Po Box 61047** **Harrisburg, PA 17106** | | H | | | | | 19,301.00 |
| Account No. **xxxxxxxxxxxx0003** | | | Opened 8/01/10 Last Active 6/21/14 Educational | | | | |
| **Fed Loan Serv** **Po Box 61047** **Harrisburg, PA 17106** | | H | | | | | 10,450.00 |

Sheet no. __11__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **29,853.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
         **Debra A. Rofstad**
_____,
                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx0002** <br><br> **Fed Loan Serv** <br> **Po Box 61047** <br> **Harrisburg, PA 17106** | | H | Opened  8/01/09  Last Active  6/21/14 <br> Educational | | | | 8,702.00 |
| Account No. **xxxxxxxxxxxx0004** <br><br> **Fed Loan Serv** <br> **Po Box 61047** <br> **Harrisburg, PA 17106** | | H | Opened  8/01/11  Last Active  6/21/14 <br> Educational | | | | 7,951.00 |
| Account No. **Unk.** <br><br> **FedEx** <br> **PO Box 94515** <br> **Palatine, IL 60094-4515** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **Field Tool Supply Co.** <br> **2358 N. Seely Ave.** <br> **Chicago, IL 60647-3395** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **Fleetwood industrial Supply** <br> **1410 W. Fullerton Ave.** <br> **Addison, IL 60101** | | J | Business materials | | | | 1,005.84 |

Sheet no. __12__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,658.84

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**                                          Case No. _____
         **Debra A. Rofstad**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6520** <br><br> **Ford Motor Credit Corporation** <br> **Ford Motor Credit** <br> **Po Box 6275** <br> **Dearborn, MI 48121** | | J | **Opened 5/01/10 Last Active 6/28/14** <br> **Automobile** | | | | 6,104.00 |
| Account No. **xxxx4390** <br><br> **Ford Motor Credit Corporation** <br> **Ford Motor Credit** <br> **Po Box 6275** <br> **Dearborn, MI 48121** | | J | **Opened 10/01/01 Last Active 11/04/06** <br> **Automobile** | | | | 0.00 |
| Account No. **Unk.** <br><br> **Fullerton Tool Co.** <br> **PO Box 2008** <br> **Saginaw, MI 48605** | | J | **Business materials** | | | | 1,896.65 |
| Account No. **xxxxxxxxxxx8107** <br><br> **GECRB / HH Gregg** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | **Opened 9/22/04 Last Active 10/21/05** <br> **Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx5229** <br><br> **GECRB/American Eagle** <br> **Attn:Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | **Opened 12/16/10 Last Active 1/05/11** <br> **Credit Card** | | | | 0.00 |

Sheet no. _**13**_ of _**37**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,000.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
         **Debra A. Rofstad**
                                                                              Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx6294** <br><br> **GECRB/Banana Republic** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | Opened 12/01/13 Last Active 1/13/14 <br> Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxxxxx8588** <br><br> **GECRB/JC Penny** <br> **Attention:  Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | J | Opened 6/24/82 Last Active 12/08/09 <br> Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxxx2170** <br><br> **GECRB/JC Penny** <br> **Attention:  Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | Opened 9/01/87 Last Active 7/03/13 <br> Charge Account | | | | 0.00 |
| Account No. **xxxxxxxxxxxx1845** <br><br> **GECRB/Lens Crafters** <br> **Attn: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | | W | Opened 2/01/10 Last Active 9/22/10 <br> Charge Account | | | | 0.00 |
| Account No. **Unk.** <br><br> **General Cutting Tool** <br> **6440 N. Ridgeway** <br> **Chicago, IL 60645** | | J | Business materials | | | | 0.00 |

Sheet no. **14** of **37** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**
　　　 **Debra A. Rofstad**                                        Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Global CNC Industries, Ltd.** **11865 Globe** **Livonia, MI 48150** | | | J | | | | | 0.00 |
| Account No. **unk.** | | | | Business materials | | | | |
| **Goodson Tools & Supplies** **156 Galewski** **PO Box 847** **Winona, MN 55987** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Grainger, Inc.** **475 E. Algonquin Rd.** **Arlington Heights, IL 60005** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Graymills, Inc.** **3705 N. Lincoln Ave.** **Chicago, IL 60613** | | | J | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Greenlee Diamond Tool Co.** **4877 Solution Center** **Chicago, IL 60677-4008** | | | J | | | | | 0.00 |

Sheet no. **_15_** of **_37_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**                                         Case No. _____
       **Debra A. Rofstad**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0630** | | | | Opened  8/01/03  Last Active  4/20/07 Automobile | | | | |
| **Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202** | | J | | | | | | 0.00 |
| Account No. **xxxxxx0124** | | | | Opened  6/01/09  Last Active  1/09/14 Automobile | | | | |
| **Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **HPI Pioneer 1299 Lunt Ave. Elk Grove Village, IL 60007** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **HTC The Cutting Tool Specialist 18785 Kelly Ct. Clinton Township, MI 48035** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Huron Machine Products, Inc. 228 SW 21st terrace Fort Lauderdale, FL 33312** | | J | | | | | | 0.00 |

Sheet no. __16__ of __37__ sheets attached to Schedule of                   Subtotal                    0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
      **Debra A. Rofstad**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | Business related | | | | |
| **Internal Tool Co.** **PO Box 610** **La Verne, CA 91750** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **Ireland Tool Sales Co.** **22 N 159 Pepper Rd.** **Barrington, IL 60010** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business related | | | | |
| **J & L Industrial Supply** **Box 382070** **Pittsburgh, PA 15250-8070** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **K & M Tooling** **1830 9th St.** **Rockford, IL 61104** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business related | | | | |
| **KBC Tools & Machinery** **910 Busse Rd.** **Elk Grove Village, IL 60007** | | J | | | | | **0.00** |

Sheet no. __**17**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert W. Rofstad, Jr.,**
**Debra A. Rofstad**                                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | **Business related** | | | | |
| **Kennametal, Inc.**<br>**YWA USA**<br>**Dept. CH10392**<br>**Palatine, IL 60055-0392** | | J | | | | | 0.00 |
| Account No. **Unk.** | | | **Business materials** | | | | |
| **Keo Cutters, Inc.**<br>**PO Box 777177**<br>**7177 Solutions Center**<br>**Chicago, IL 60677-7001** | | J | | | | | 1,487.67 |
| Account No. **Unk.** | | | **Business materials** | | | | |
| **Keo Milling Cutters**<br>**273 main St.**<br>**Athol, MA 01331** | | J | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3280** | | | **Opened  4/01/96  Last Active  4/02/14**<br>**Charge Account** | | | | |
| **Kohls/capone**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | W | | | | | 0.00 |
| Account No. **0601** | | | **Business bill** | | | | |
| **Lexington Cutter, Inc.**<br>**2951 63rd Ave. East**<br>**Bradenton, FL 34203** | | J | | | | | 1,337.60 |

Sheet no. __18__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,825.27

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**                      Case No. _____
      **Debra A. Rofstad**

                                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unk.** <br><br>**Lexington Cutter, Inc.** <br>**2951 63rd Ave. East** <br>**Bradenton, FL 34203** | | J | | Business materials | | | | 1,337.61 |
| Account No. **Unk.** <br><br>**Lyndex-Nikken, Inc.** <br>**Attn. Account Receivable** <br>**4273 Paysphere Cr.** <br>**Chicago, IL 60674** | | J | | Businee materials | | | | 1,454.47 |
| Account No. **Unk.** <br><br>**MCS Industrial Supply Co.** <br>**PO Box 1967** <br>**Des Plaines, IL 60017-1967** | | J | | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br>**Mein Tool Company, Inc.** <br>**5565 Venture Dr., Unit C** <br>**Cleveland, OH 44130** | | J | | Business materials | | | | 0.00 |
| Account No. **xxxxxxxxxx0950** <br><br>**Merchant Services** <br>**Attn.: Collections Dept.** <br>**6789 Quail Hill Pkwy, #432** <br>**Irvine, CA 92603** | | J | | Business materials | | | | 689.95 |

Sheet no. __**19**__ of __**37**__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)        **3,482.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**　　　　　　　　　　Case No. _____
**Debra A. Rofstad**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0950**<br><br>**Merchant Services**<br>**Attn.: Collections Dept.**<br>**6789 Quail Hill Pkwy, #432**<br>**Irvine, CA 92603** | | J | Business materials | | | | 149.95 |
| Account No. **xxxxxxxxxx0950**<br><br>**Merchant Services**<br>**Attn.: Collections Dept.**<br>**6789 Quail Hill Pkwy, #432**<br>**Irvine, CA 92603** | | J | Business materials | | | | 540.00 |
| Account No. **Unk.**<br><br>**Mitee-Bite Products**<br>**PO Box 430**<br>**Center Ossipee, NH 03814** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.**<br><br>**Monster Tool Co.**<br>**PO Box 1749**<br>**San Marcos, CA 92079** | | J | Business materials | | | | 1,769.08 |
| Account No. **xx1024**<br><br>**Morse Cutting Tools, Inc.**<br>**31695 Stephenson Hwy.**<br>**Madison Heights, MI 48071** | | J | Business materials | | | | 3,798.80 |

Sheet no. __20__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　6,257.83

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
    **Debra A. Rofstad**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** <br><br> **MRK Enterprises, Inc.** <br> **2300 S. Elmhurst Rd.** <br> **Mount Prospect, IL 60056** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **MSC Industrial Supply** <br> **Dept. CH 0075** <br> **Palatine, IL 60055-0075** | | J | Business materials | | | | 385.74 |
| Account No. **xxxx5001** <br><br> **Nachi America, Inc.** <br> **715 Pushville Rd.** <br> **Greenwood, IN 46143** | | J | Business materials | | | | 1,483.56 |
| Account No. **Unk.** <br><br> **Nenning Printing, Inc.** <br> **2485 Devon Ave.** <br> **Elk Grove Village, IL 60007** | | J | Business materials | | | | 0.00 |
| Account No. **xx0096** <br><br> **NGK/NTK** <br> **46929 Magellan Dr.** <br> **Wixom, MI 48393** | | J | Business materials | | | | 3,450.91 |

Sheet no. __21__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,320.21**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
     **Debra A. Rofstad**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xx-xx-x3167**<br><br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** | | J | | **Gas bill** | | | | 80.29 |
| Account No. **xxx2818**<br><br>**NNT Company, LLC**<br>**1320 Norwood Ave.**<br>**Itasca, IL 60143** | | J | | **Business materials** | | | | 764.11 |
| Account No. **Unk.**<br><br>**NNT Company, LLC**<br>**PO Box 670587**<br>**Detroit, MI 48267-0587** | | J | | **Business materials** | | | | 764.11 |
| Account No. **Unk.**<br><br>**North American Tool Corp.**<br>**PO Box 116**<br>**South Beloit, IL 61080-0116** | | J | | **Business materials** | | | | 1,797.31 |
| Account No. **Unk.**<br><br>**Palatine Complete Dental**<br>**235 N. Northwest Hwy.**<br>**Palatine, IL 60067** | | J | | **Robert - dental** | | | | 5,398.64 |

Sheet no. __**22**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,804.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**
       **Debra A. Rofstad**                                                    Case No. _____

                                                    ,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | Business materials | | | | |
| **Perfect Commerce** **PO Box 12079** **Newport News, VA 23612** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **Porte Brown, LLC** **545 Oakton St.** **Elk Grove Village, IL 60007** | | J | | | | | **1,950.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **Poster Compliance Center** **2745 S. 6th St.** **Springfield, IL 62703** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **Power Port Products, Inc.** **201 W. Interstate Rd.** **Addison, IL 60101** | | J | | | | | **0.00** |
| Account No. **Unk.** | | | Business materials | | | | |
| **Precision Components** **324 Robbins** **Troy, MI 48083** | | J | | | | | **0.00** |

Sheet no. __23__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **1,950.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
  **Debra A. Rofstad**                                                Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | | Business materials | | | | |
| **Production Tool Supply Co. Dept. # 587 PO Box 67000 Detroit, MI 48267-0587** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **PromaTec Systems, Inc. 251 Dominion Dr., Ste. 101 Morrisville, NC 27560** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **ProMax Tool CO. 11312 Sunrise Gold Cr. Rancho Cordova, CA 95742** | | J | | | | | | 289.94 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Quality Tools & Abrasives 605 Bonnie Ln. Elk Grove Village, IL 60007** | | J | | | | | | 1,099.96 |
| Account No. **xxxxxx0703** | | | | Robert - medical | | | | |
| **Qyest Diagnostics PO Box 7306 Hollister, MO 65673-7306** | | J | | | | | | 10.68 |

Sheet no. __24__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,400.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
**Debra A. Rofstad**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.**<br><br>**Reid Supply Co.**<br>**PO Box 179**<br>**Muskegon, MI 49443-0179** | | J | Business materials | | | | 0.00 |
| Account No. **xxF100**<br><br>**RMS**<br>**4836 Brecksville Rd.**<br>**PO Box 509**<br>**Richfield, OH 44286** | | J | Business materials | | | | 1,994.31 |
| Account No. **xxxxxxxx2110**<br><br>**Rnb-fields3/Macy's**<br>**Macy's Bankruptcy Department**<br>**Po Box 8053**<br>**Mason, OH 45040** | | W | Opened 11/01/97 Last Active 6/01/04<br>Charge Account | | | | 0.00 |
| Account No. **xxxxxxx6610**<br><br>**Rnb-fields3/Macy's**<br>**Macy's Bankruptcy Department**<br>**Po Box 8053**<br>**Mason, OH 45040** | | J | Opened 8/01/99 Last Active 6/01/04<br>Charge Account | | | | 0.00 |
| Account No. **Unk.**<br><br>**Robb RJ Jack Corp.**<br>**3300 Nicolaus Rd.**<br>**Lincoln, CA 95648** | | J | Business materials | | | | 295.28 |

Sheet no. __25__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,289.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**
        **Debra A. Rofstad**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001** | | W | Opened 1/01/05 Last Active 1/06/06 Educational | | | | |
| **Sallie Mae** **Attn: Claims Department** **Po Box 9500** **Wilkes-Barre, PA 18773** | | | | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-5922** | | J | Business credit card | | | | |
| **Sam's Club - Synchrony Bank** **Attn.: Bankruptcy Dept.** **PO Box 965060** **Orlando, FL 32896-5060** | | | | | | | 4,769.82 |
| Account No. **xxxxxxxxxxxx6078** | | W | Opened 1/27/06 Last Active 2/15/07 Credit Card | | | | |
| **Sears/cbna** **Po Box 6282** **Sioux Falls, SD 57117** | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3464** | | W | Opened 5/01/10 Last Active 1/13/14 Credit Card | | | | |
| **Sears/cbna** **Po Box 6282** **Sioux Falls, SD 57117** | | | | | | | 0.00 |
| Account No. **7218** | | J | Rental commission | | | | |
| **Sequoia Realty Group** **1900 Highland Ave., Ste. 104** **Lombard, IL 60148** | | | | | | | 6,400.00 |

Sheet no. __26__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,169.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**                                        Case No. _____
       **Debra A. Rofstad**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx1723** | | | | **Opened 10/01/82 Last Active 2/05/14** **Credit Card** | | | | |
| **Shell Oil / Citibank** **Attn: Centralized Bankruptcy** **Po Box 20363** **Kansas City, MO 64195** | H | | | | | | | 0.00 |
| Account No. **Unk.** | | | | **Business materials** | | | | |
| **Simonds Industries, Inc.** **Dept. CH 10604** **Palatine, IL 60055-0604** | J | | | | | | | 0.00 |
| Account No. **6ROF** | | | | **Business materials** | | | | |
| **Sowa Tool & Machine, Co., Ltd.** **500 Manitou Dr.** **Kitchener Ontario N2C 1L3 Canada** | J | | | | | | | 28.25 |
| Account No. **Unk.** | | | | **Business materials** | | | | |
| **Spe-D-Cut Atrax** **2150 W. lawrence Ave.** **Chicago, IL 60625** | J | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx9456** | | | | **Opened 8/01/08 Last Active 11/27/08** **Charge Account** | | | | |
| **Springleaf Financial Services** **Attention: Bankruptcy Department** **Po Box 3251** **Evansville, IN 47731** | H | | | | | | | 0.00 |

Sheet no. __27__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        28.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**
     **Debra A. Rofstad**
                                          ,

Case No. _____

                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | Business materials | | | | |
| **Sprint**<br>**PO Box 4191**<br>**Carol Stream, IL 60197-4191** | | J | | | | | 0.00 |
| Account No. **Unk.** | | | Business materials | | | | |
| **Starrett Co.**<br>**PO Box 983122**<br>**Client ID 800048**<br>**Boston, MA 02298-3122** | | J | | | | | 182.88 |
| Account No. **x7311** | | | Business materials | | | | |
| **Steiner Electric Co.**<br>**1250 Touhy Ave.**<br>**Elk Grove Village, IL 60007** | | J | | | | | 376.04 |
| Account No. **226** | | | Legal services | | | | |
| **Steven M. Rogers**<br>**3375-f N. Arlighton heights Rd.**<br>**Arlington Heights, IL 60004** | | J | | | | | 200.00 |
| Account No. **x0001** | | | Business materials | | | | |
| **Stevens Business Service**<br>**92 Bolt St., Ste. 1**<br>**PO Box 1233**<br>**Lowell, MA 01853** | | J | | | | | 182.88 |

Sheet no. __28__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

941.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**        Case No. _____
     **Debra A. Rofstad**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** <br><br> **Suburban Dowel Pins, Rods & Studs** <br> **10512 United Pkwy.** <br> **Schiller Park, IL 60176** | | J | **Business materials** | | | | **11.00** |
| Account No. **Unk.** <br><br> **Superior Abrasives** <br> **PO Box 14086** <br> **4800 Wadsworth Rd.** <br> **Dayton, OH 45413** | | J | **Business materials** | | | | **0.00** |
| Account No. **Unk.** <br><br> **Surpless, Dunn & Co, Inc.** <br> **2150 W. Lawrence Ave.** <br> **Chicago, IL 60625** | | J | **Business materials** | | | | **193.34** |
| Account No. **xxxxxxxxxxxx7525** <br><br> **Syncb/dicks** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | | W | **Opened 2/05/08 Last Active 12/09/08** <br> **Charge Account** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4457** <br><br> **Syncb/dicks Dc** <br> **P.o. Box 965005** <br> **Orlando, FL 32896** | | W | **Opened 6/01/13 Last Active 7/09/13** <br> **Credit Card** | | | | **0.00** |

Sheet no. __**29**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **204.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**                                                        Case No. _____
       **Debra A. Rofstad**
_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxx0766**<br><br>**Syncb/home Design-sewi**<br>**Po Box 981439**<br>**El Paso, TX 79998** | | W | | Opened 3/01/11 Last Active 7/08/14<br>**Charge Account** | | | | 901.00 |
| Account No. **xxxxxxxxxxx4096**<br><br>**Syncb/lord & Tay**<br>**PO Box 965015**<br>**Orlando, FL 32896** | | W | | Opened 8/01/05 Last Active 9/21/05<br>**Charge Account** | | | | 0.00 |
| Account No. **xxxxxxxxxxx4893**<br><br>**Syncb/tjx Cos Dc**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | W | | Opened 4/01/13 Last Active 6/01/14<br>**Credit Card** | | | | 0.00 |
| Account No. **xxxxxxxxxxx2984**<br><br>**Target N.b.**<br>**Po Box 673**<br>**Minneapolis, MN 55440** | | W | | Opened 5/26/03 Last Active 7/28/06<br>**Credit Card** | | | | 0.00 |
| Account No. **Unk.**<br><br>**TE-CO**<br>**109 Quinter Farm Rd.**<br>**Union, OH 45322** | | J | | **Business materials** | | | | 0.00 |

Sheet no. __**30**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **901.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**                                         Case No. _____
        **Debra A. Rofstad**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** | | | **Business materials** | | | | |
| **Tooling Services, Inc. 654 W. Winthrop Ave. Addison, IL 60101** | | J | | | | | 338.00 |
| Account No. **Unk.** | | | **Business materials** | | | | |
| **Tooling Solutions 1515 Comemrce Dr. Elgin, IL 60123** | | J | | | | | 3,760.21 |
| Account No. **Unk.** | | | **Business materials** | | | | |
| **Tooling Specialties 1313 ridge Rd. Hinckley, OH 44233** | | J | | | | | 0.00 |
| Account No. **xxxxxxxxxxxx0001** | | | **Opened 7/01/06 Last Active 6/09/09 Automobile** | | | | |
| **Toyota Motor Credit Toyota Financial Services Po Box 8026 Cedar Rapids, IA 52408** | | W | | | | | 0.00 |
| Account No. **xxxxx3949** | | | **Lawn service** | | | | |
| **TruGreen Processing Center PO Box 9001128 Louisville, KY 40290-1128** | | J | | | | | 138.90 |

Sheet no. __**31**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,237.11

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**                                         Case No. _____
           **Debra A. Rofstad**

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.** <br><br> **U.S. Diamond Wheel Co.** <br> **PO Box 503942** <br> **Saint Louis, MO 63150-3942** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **U.S. Tool Grinding, Inc.** <br> **PO Box 795168** <br> **Saint Louis, MO 63179-0795** | | J | Business materials | | | | 0.00 |
| Account No. **Unk.** <br><br> **Ultra Tool Int., Inc.** <br> **5451 McFadden Ave.** <br> **Huntington Beach, CA 92649** | | J | Business materials | | | | 1,981.60 |
| Account No. **xxxx7897** <br><br> **United Recovery Systems** <br> **5800 North Course Drive** <br> **Houston, TX 77072** | | J | Overdraft charges | | | | 101.99 |
| Account No. **Unk.** <br><br> **United States Postal Service** <br> **Postmaster** <br> **611 E. Landmeier Rd.** <br> **Elk Grove Village, IL 60007-4765** | | J | Business materials | | | | 0.00 |

Sheet no. __**32**__ of __**37**__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)      **2,083.59**

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert W. Rofstad, Jr.,**
    **Debra A. Rofstad**
                                                            Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Universal Cutting Tools, Inc.** **2276 14 Mile Rd.** **Warren, MI 48092** | | J | | | | | | **0.00** |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Universal Grinding & Tool Service** **1433 W. Fullerton Ave,, Ste. 1** **Addison, IL 60101** | | J | | | | | | **6,420.96** |
| Account No. **xx4202** | | | | Business materials | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | | J | | | | | | **728.28** |
| Account No. **Unk.** | | | | Business materials | | | | |
| **UPS Supply Chain Solutions** **28013 Network Pl.** **Chicago, IL 60673-1280** | | J | | | | | | **18.44** |
| Account No. **xxxxx0608** | | | | Opened 12/01/09 Last Active 6/05/14 Automobile | | | | |
| **Us Bank** **Po Box 5227** **Cincinnati, OH 45201** | | J | | | | | | **0.00** |

Sheet no. __**33**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **7,167.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**
    **Debra A. Rofstad**
                                                                Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4569 | | | Opened 3/01/11 Last Active 5/01/14 Credit Card | | | | |
| Us Bank Cb Disputes Saint Louis, MO 63166 | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx1226 | | | Opened 2/01/11 Last Active 6/12/14 Credit Card | | | | |
| Us Bank/na Nd Cb Disputes Saint Louis, MO 63166 | | W | | | | | |
| | | | | | | | 941.52 |
| Account No. xxxxxxxxxxx0361 | | | Opened 8/15/10 Last Active 5/21/13 Educational | | | | |
| Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx0461 | | | Opened 8/14/11 Last Active 5/21/13 Educational | | | | |
| Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. xxxxxxxxxxx0261 | | | Opened 8/16/09 Last Active 5/21/13 Educational | | | | |
| Us Dept Of Education Attn: Bankruptcy Po Box 16448 Saint Paul, MN 55116 | | H | | | | | |
| | | | | | | | 0.00 |

Sheet no. __34__ of __37__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

941.52

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**
　　　**Debra A. Rofstad**　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0161**<br><br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**Po Box 16448**<br>**Saint Paul, MN 55116** | | H | Opened 8/17/08 Last Active 5/21/13<br>Educational | | | | 0.00 |
| Account No. **xxxxxx2542**<br><br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**Po Box 16448**<br>**Saint Paul, MN 55116** | | H | Opened 8/16/09 Last Active 2/04/10<br>Educational | | | | 0.00 |
| Account No. **xxxxxx2544**<br><br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**Po Box 16448**<br>**Saint Paul, MN 55116** | | H | Opened 8/14/11 Last Active 9/30/11<br>Educational | | | | 0.00 |
| Account No. **xxxxxx2541**<br><br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | H | Opened 8/01/08 Last Active 8/01/11<br>Educational | | | | 0.00 |
| Account No. **xxxxxx2543**<br><br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**Po Box 16448**<br>**Saint Paul, MN 55116** | | H | Opened 8/15/10 Last Active 9/30/11<br>Educational | | | | 0.00 |

Sheet no. __**35**__ of __**37**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　　**0.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert W. Rofstad, Jr.,**
        **Debra A. Rofstad**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Vermont Gage** **10 Precision Ln.** **Swanton, VT 05488** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Vernon Devices** **1111 Plaine Ave.** **New Rochelle, NY 10801-2206** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Wedevag Tools, Inc.** **PO Box 984** **800 Hicks Dr.** **Elburn, IL 60119** | | J | | | | | | 338.85 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Wera Tools, Inc.** **3-730 S. Service Rd.** **Stoney Creek, Ontario L8E5S7 Canada** | | J | | | | | | 0.00 |
| Account No. **Unk.** | | | | Business materials | | | | |
| **Whitney Tool Co., Inc.** **PO Box 545** **906 R St.** **Bedford, IN 47421** | | J | | | | | | 2,076.19 |

Sheet no. __36__ of __37__ sheets attached to Schedule of                          Subtotal          | 2,415.04 |
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert W. Rofstad, Jr.,**            Case No. _____
     **Debra A. Rofstad**
     _____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unk.**<br><br>**Y G-1 USA Corp.**<br>**730 Corporate Woods Pkwy.**<br>**Vernon Hills, IL 60061** | | J | Business materials | | | | 2,153.95 |
| Account No. **Unk.**<br><br>**YMW Taps, USA**<br>**111 W. Dyer Rd., Ste. D**<br>**Santa Ana, CA 92707** | | J | Business materials | | | | 4,910.84 |
| Account No. **Unk.**<br><br>**Zenger's Inc. Industrial Supplies**<br>**11132 W. Grand Ave.**<br>**Melrose Park, IL 60164** | | J | Business materials | | | | 2,035.57 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __37__ of __37__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,100.36 |
| | Total (Report on Summary of Schedules) | 215,789.87 |

B6G (Official Form 6G) (12/07)

In re    **Robert W. Rofstad, Jr.,**
       **Debra A. Rofstad**

Case No. _____

_____,
                             Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re **Robert W. Rofstad, Jr.,**                                                             Case No. _____
       **Debra A. Rofstad**

_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert W. Rofstad, Jr.** |
| Debtor 2 (Spouse, if filing) | **Debra A. Rofstad** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

‾MM‾/‾DD‾/‾YYYY‾

## Official Form B 6I

## Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:       Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **Disabled** | **Unemployed** |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

**Part 2:       Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1   **Robert W. Rofstad, Jr.**

Debtor 2   **Debra A. Rofstad**                                            Case number (if known) _____

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,800.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 1,538.33 |
| | 8e. **Social Security** | 8e. | $ 2,483.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: **Northwestern Mutual disablity income insurance** | 8h.+ | $ 4,200.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,483.00 | $ 1,538.33 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,483.00 + | $ 1,538.33 = $ 10,021.33 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12. $ 10,021.33

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert W. Rofstad, Jr.** |
| Debtor 2 (Spouse, if filing) | **Debra A. Rofstad** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

# Schedule J: Your Expenses                                          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☒ Yes. **Does Debtor 2 live in a separate household?**

       ☒ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☒ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,195.95 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 83.33 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 333.33 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 921.95 |

Debtor 1   **Robert W. Rofstad, Jr.**

Debtor 2   **Debra A. Rofstad**                                        Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 270.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 200.00 |
| | 6d. | Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 654.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 162.00 |
| 10. | **Personal care products and services** | | 10. | $ | 61.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 370.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 600.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 322.57 |
| | 15b. | Health insurance | 15b. | $ | 1,541.24 |
| | 15c. | Vehicle insurance | 15c. | $ | 166.66 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 326.73 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 105.56 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 694.44 |
| 21. | **Other:** Specify:     **Misc. expenses** | | 21. | +$ | 215.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 8,323.76 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 10,021.33 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | -$ | 8,323.76 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 1,697.57 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.

Explain: _____

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Robert W. Rofstad, Jr.**
      **Debra A. Rofstad**

Debtor(s)

Case No.

Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **56**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 31, 2015**

Signature  **/s/ Robert W. Rofstad, Jr.**
             **Robert W. Rofstad, Jr.**
             Debtor

Date  **March 31, 2015**

Signature  **/s/ Debra A. Rofstad**
             **Debra A. Rofstad**
             Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert W. Rofstad, Jr.**
**Debra A. Rofstad**

Debtor(s)

Case No.

Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2015 income from work - H & W** |
| **$37,898.00** | **2014 income from work - H & W** |
| **$90,332.00** | **2013 income from work - H & W** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $12,600.00 | **2015 Northwestern disabiltiy income - H** |
| $22,302.00 | **2014 Northwestern Mutual disability income - H** |
| $0.00 | **2013 Nothwestern Mutual disability income - H** |
| $4,966.00 | **2015 Social Secuirty Disability - H** |
| $0.00 | **2014 Social Secuiity Disability - H** |
| $0.00 | **2013 Social Security Disability - H** |
| $5,434.00 | **2015 Unemployment benefits - W** |
| $2,926.00 | **2014 Unemployment benefits - W** |
| $0.00 | **2013 Unemployment benefits - W** |

---

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

[*] *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7.  Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Therman Law Offices, Ltd.**<br>**8501 W. Higgins Road**<br>**Suite 420**<br>**Chicago, IL 60631** | **3/26/15** | **$4,000.00** |
| **GreenPath Debt Solutions**<br>**38505 Country Club Drive**<br>**Suite 210**<br>**Farmington, MI 48331** | **3/26/15** | **$120.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

## 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

B7 (Official Form 7) (04/13)
6

None | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■ | Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■ | the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
| docket number.

| NAME AND ADDRESS OF | | |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

---

**18 . Nature, location and name of business**

None | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐ | ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
| partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
| immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
| within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| | LAST FOUR DIGITS OF | | | |
| | SOCIAL-SECURITY OR | | | |
| | OTHER INDIVIDUAL | | | BEGINNING AND |
| | TAXPAYER-I.D. NO. | | | ENDING DATES |
| NAME | (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | |
| Rofstad, Inc. | 36-3706407 | 550 E. Devon St., Ste. 180 | Tool supplier | 1990 - 2014 |
| | | Itasca, IL 60143 | | |
| Debbie's Embroidery | 4363 | 574 gateshead North | Sole proprietorshipr - | On-going |
| Boutique | | Elk Grove Village, IL | hobby run by Debra | |
| | | 60007-3434 | Rofstad | |

None | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■ |

| NAME | ADDRESS |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within
six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to
the signature page.)*

---

**19. Books, records and financial statements**

None | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐ | supervised the keeping of books of account and records of the debtor.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Porte Brown, LLC** | **2011- 2014** |
| **845 Oakton St.** | |
| **Elk Grove Village, IL 60007** | |

**None** ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **None** | | |

**None** ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Porte Brown, LLC** | |
| **Debtors** | |

**None** ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **None** | |

---

**20. Inventories**

**None** ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **None** | | |

**None** ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **None** | **None** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

**None** ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **None** | | |

B7 (Official Form 7) (04/13)
8

|  | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |

None ☐

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Rofstad - Debtor** | **President** | **50%** |
| **Debra Rofstad - Joint Debtor** | **Secretary** | **50%** |

---

**22 . Former partners, officers, directors and shareholders**

None ☐

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| **None** | | |

None ☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **None** | | |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **None** | | |

---

**24. Tax Consolidation Group.**

None ☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **None** | |

---

**25. Pension Funds.**

None ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **None** | |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B7 (Official Form 7) (04/13)
9

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __**March 31, 2015**__          Signature   **/s/ Robert W. Rofstad, Jr.**

**Robert W. Rofstad, Jr.**
Debtor

Date __**March 31, 2015**__          Signature   **/s/ Debra A. Rofstad**

**Debra A. Rofstad**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert W. Rofstad, Jr.**
**Debra A. Rofstad**                          Case No.
                                        Debtor(s)           Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,000.00** |
| Prior to the filing of this statement I have received | $ | **4,000.00** |
| Balance Due | $ | **0.00** |

2.   $ **310.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 31, 2015**                      **/s/ George J. Koulogeorge**
                                               **George J. Koulogeorge**
                                               **Therman Law Offices, Ltd.**
                                               **8501 W. Higgins Road**
                                               **Suite 420**
                                               **Chicago, IL 60631**
                                               **773-545-8849  Fax: 773-545-6337**
                                               **bankruptcy@attorneychicago.com**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Robert W. Rofstad, Jr.**
    **Debra A. Rofstad**

Case No.

Debtor(s)
Chapter   **13**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Robert W. Rofstad, Jr.**
**Debra A. Rofstad**

Printed Name(s) of Debtor(s)

X **/s/ Robert W. Rofstad, Jr.**    **March 31, 2015**

Signature of Debtor      Date

Case No. (if known)

X **/s/ Debra A. Rofstad**    **March 31, 2015**

Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Robert W. Rofstad, Jr.**
**Debra A. Rofstad**                                    Case No.
                                        Debtor(s)       Chapter    **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **217**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **March 31, 2015**              **/s/ Robert W. Rofstad, Jr.**
                                         **Robert W. Rofstad, Jr.**
                                         Signature of Debtor

Date:    **March 31, 2015**              **/s/ Debra A. Rofstad**
                                         **Debra A. Rofstad**
                                         Signature of Debtor

A&W Tool
5309 Business Pkwy., Unit 101
Ringwood, IL 60072


A.B. Tools, Inc.
1051 Aviation blvd.
Lincoln, CA 95648


Air Turbine Technology
1225 Broken Sound Pkwy. N.W.
Boca Raton, FL 33487


Altus Global Trade Solutions
PO Box 1389
Kenner, LA 70063


American Express
PO Box 981535
El Paso, TX 79998-1535


American Express
PO Box 650448
Dallas, TX 75265-0448


Amex Dsnb
9111 Duke Blvd
Mason, OH 45040


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


AT&T
PO Box 8100
Aurora, IL 60507


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6428


Autobody Toolmart
Div. of American Industrial Direct
2545 Milennium Dr.
Elgin, IL 60124

Baker, Govern & Baker, Inc.
7771 W. Oakland Park Blvd. Ste. 240
Atrium West Building
Fort Lauderdale, FL 33351


Bank of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062


Bank of America
450 American St
Simi Valley, CA 93065


Barney Dixon
927 Hartford Ln.
Elk Grove Village, IL 60007


BEM CNC
410 Remington Rd.
Schaumburg, IL 60173


Berkshire Precsion Tool, LLC
c/o Data Flute CNC
200 Front Street
Millersburg, PA 17061


Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410


Bk Of Amer
Po Box 982235
El Paso, TX 79998


BP
PO Box 9076
Des Moines, IA 50368-9076


Cap1/bstby
Po Box 6497
Sioux Falls, SD 57117

Cap1/carsn
Po Box 30253
Salt Lake City, UT 84130


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Pob 30281
Salt Lake City, UT 84130


CapitalOne
PO Box 5294
Carol Stream, IL 60197


Carmex Precision Tools, LLC
PO Box 283
Richfield, WI 53076


Centaur Precision Tools
13098 SW 133rd Ct.
Miami, FL 33186


CeramTec North America
One Technology Pl.
Laurens, SC 29360


CeramTech GmbH
Postfach 1149
73201 Plochingen, Germany


CGS Tool
Commercial Grinding Services, Inc.
1155 Parkway Unit 1
Medina, OH 44256


Chase
Po Box 24696
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850

Chase
PO Box 6026
Mailcode IL1-0054
Chicago, IL 60680-6026


Chase
PO Box 9001022
Louisville, KY 40290-1022


Chase - Ink
PO Box 15298
Wilmington, DE 19850-5298


Chase Bank
OH-1-1272
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081


Chase- Bp
Po Box 15298
Wilmington, DE 19850


Chips Tool Repair
6250 Bunker Lake Blvd., Ste. 206
Ramsey, MN 56303


CNA Insurance
PO Box 790094
Saint Louis, MO 63179-0094


Colmar Industrial Supply
500 harvest Ct., Unit 4
Wheeling, IL 60090


ComEd
2100 Swift Dr.
Oak Brook, IL 60523-9644


ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Comenity Bank/Ann Taylor
Attention: Bankruptcy
Po Box 182686
Columbus, OH 43218


Comenity Bank/Ann Taylor
Po Box 182273
Columbus, OH 43218


Comenity Bank/carsons
3100 Easton Square Pl
Columbus, OH 43219


Comenity Bank/Dress Barn
Attention: Bankruptcy
P.O. Box 182686
Columbus, OH 43218


Comenity Bank/Dress Barn
Po Box 182789
Columbus, OH 43218


Comenity bank/J Crew
Attn: Bankruptcy
P.O. Box 182686
Columbus, OH 43218


Comenity bank/J Crew
Po Box 182789
Columbus, OH 43218


Comenity Bank/nyrk&com
Po Box 182789
Columbus, OH 43218


Credit Collection Services
Two Wells Ave.
Newton, MA 02459


Cutting Edge Machining, Inc.
105 Randall St.
Elk Grove Village, IL 60007

Cutting Tool Supply
340 Gerri Ln.
Addison, IL 60101


D&L Sales
310 meyer Rd.
Bensenville, IL 60106


Detection Systems & Service
935 W. Hawthorne Ln.
West Chicago, IL 60185


Devon Commons Commercial Condo Assn
c/o Sequoia Realty Group
1900 S. Highland Ave., Ste. 104
Lombard, IL 60148


Dorian Tool International
615 County Rd. 219
East Bernard, TX 77435


Dunnwell Pachaging Group, LLC
10 W. Gateway Dr.
Bensenville, IL 60106


Durrie Sales
10512 United Parkway
Schiller Park, IL 60176


Elliott Tool Technologies, Ltd.
1780 Tuttle Ave.
Dayton, OH 45403


Enco Manufacturing
400 Nevada Pacific Hwy.
Fernley, NV 89408


Engis Corp.
105 W. Hintz Rd.
PO Box 9046
Wheeling, IL 60090-9046


Engman-Taylor Co., Inc.
7960 Burden Rd.
Machesney Park, IL 61115

Euler Hermes Collections
800 Red Brook Blvd., Ste. 400 C
Owings Mills, MD 21117

Exxon Mobil
PO Box 699838
Des Moines, IA 50368-8938

Exxon Mobil Business Card
PO Box 6404
Sioux Falls, SD 57117-6404

Exxon Mobile/GE Consumer Finance
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Exxon Mobile/GE Consumer Finance
Po Box 6497
Sioux Falls, SD 57117

F&D Tool Co., Inc.
PO Box 248
Three Rivers, MA 01080

F&S Engraving, Inc.
1620 W. Central Rd.
Mount Prospect, IL 60056

Fastcut Tool Corp.
Dauphin Precision Tool, LLC.
200 Front St.
Millersburg, PA 17061

Fed Loan Serv
Po Box 61047
Harrisburg, PA 17106

FedEx
PO Box 94515
Palatine, IL 60094-4515

Field Tool Supply Co.
2358 N. Seely Ave.
Chicago, IL 60647-3395

Fleetwood industrial Supply
1410 W. Fullerton Ave.
Addison, IL 60101


Ford Motor Credit Corporation
Ford Motor Credit
Po Box 6275
Dearborn, MI 48121


Ford Motor Credit Corporation
Po Box Box 542000
Omaha, NE 68154


Fullerton Tool Co.
PO Box 2008
Saginaw, MI 48605


GECRB / HH Gregg
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB / HH Gregg
C/o Po Box 965036
Orlando, FL 32896


GECRB/American Eagle
Attn:Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/American Eagle
Po Box 965005
Orlando, FL 32896


GECRB/Banana Republic
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/Banana Republic
Po Box 965005
Orlando, FL 32896

GECRB/JC Penny
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/JC Penny
Po Box 965007
Orlando, FL 32896


GECRB/Lens Crafters
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


GECRB/Lens Crafters
Po Box 981439
El Paso, TX 79998


General Cutting Tool
6440 N. Ridgeway
Chicago, IL 60645


Global CNC Industries, Ltd.
11865 Globe
Livonia, MI 48150


Goodson Tools & Supplies
156 Galewski
PO Box 847
Winona, MN 55987


Grainger, Inc.
475 E. Algonquin Rd.
Arlington Heights, IL 60005


Graymills, Inc.
3705 N. Lincoln Ave.
Chicago, IL 60613


Greenlee Diamond Tool Co.
4877 Solution Center
Chicago, IL 60677-4008

Gwen Henry, CPA, County Collector
DuPage County
421 N. County Farm Rd.
Wheaton, IL 60187


Harris N.a.
Bmo Harris Bank - Bankruptcy Dept.-Brk-1
770 N Water Street
Milwaukee, WI 53202


Harris N.a.
111 W Monroe St
Chicago, IL 60690


HPI Pioneer
1299 Lunt Ave.
Elk Grove Village, IL 60007


HTC The Cutting Tool Specialist
18785 Kelly Ct.
Clinton Township, MI 48035


Huron Machine Products, Inc.
228 SW 21st terrace
Fort Lauderdale, FL 33312


Hutchinson, Warren & Associates
122 S. Rawles St., Ste. 200
Romeo, MI 48065-5606


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Illinois Dept. of Employment Secur.
PO Box 19300
Springfield, IL 62794-9300


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Tool Co.
PO Box 610
La Verne, CA 91750


Ireland Tool Sales Co.
22 N 159 Pepper Rd.
Barrington, IL 60010


J & L Industrial Supply
Box 382070
Pittsburgh, PA 15250-8070


K & M Tooling
1830 9th St.
Rockford, IL 61104


KBC Tools & Machinery
910 Busse Rd.
Elk Grove Village, IL 60007


Kennametal, Inc.
YWA USA
Dept. CH10392
Palatine, IL 60055-0392


Keo Cutters, Inc.
PO Box 777177
7177 Solutions Center
Chicago, IL 60677-7001


Keo Milling Cutters
273 main St.
Athol, MA 01331


Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lexington Cutter, Inc.
2951 63rd Ave. East
Bradenton, FL 34203

Lyndex-Nikken, Inc.
Attn. Account Receivable
4273 Paysphere Cr.
Chicago, IL 60674


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


MCS Industrial Supply Co.
PO Box 1967
Des Plaines, IL 60017-1967


Mein Tool Company, Inc.
5565 Venture Dr., Unit C
Cleveland, OH 44130


Merchant Services
Attn.: Collections Dept.
6789 Quail Hill Pkwy, #432
Irvine, CA 92603


Mitee-Bite Products
PO Box 430
Center Ossipee, NH 03814


Mitsubishi Materials USA Corp.
PO Box 776028
6028 Solutions Center
Chicago, IL 60677-6000


Monster Tool Co.
PO Box 1749
San Marcos, CA 92079


Morse Cutting Tools
PO Box 670645
Detroit, MI 48267-0645


Morse Cutting Tools, Inc.
31695 Stephenson Hwy.
Madison Heights, MI 48071

MRK Enterprises, Inc.
2300 S. Elmhurst Rd.
Mount Prospect, IL 60056


MSC Industrial Supply
Dept. CH 0075
Palatine, IL 60055-0075


Nachi America, Inc.
715 Pushville Rd.
Greenwood, IN 46143


Nenning Printing, Inc.
2485 Devon Ave.
Elk Grove Village, IL 60007


NGK/NTK
46929 Magellan Dr.
Wixom, MI 48393


Nicor Gas
PO Box 2020
Aurora, IL 60507-2020


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


Nissan Motor
Po Box 660360
Dallas, TX 75266


NNT Company, LLC
1320 Norwood Ave.
Itasca, IL 60143


NNT Company, LLC
PO Box 670587
Detroit, MI 48267-0587


North American Tool Corp.
PO Box 116
South Beloit, IL 61080-0116

Palatine Complete Dental
235 N. Northwest Hwy.
Palatine, IL 60067


Perfect Commerce
PO Box 12079
Newport News, VA 23612


Porte Brown, LLC
545 Oakton St.
Elk Grove Village, IL 60007


Poster Compliance Center
2745 S. 6th St.
Springfield, IL 62703


Power Port Products, Inc.
201 W. Interstate Rd.
Addison, IL 60101


Precision Components
324 Robbins
Troy, MI 48083


Production Tool Supply Co.
Dept. # 587
PO Box 67000
Detroit, MI 48267-0587


PromaTec Systems, Inc.
251 Dominion Dr., Ste. 101
Morrisville, NC 27560


ProMax Tool CO.
11312 Sunrise Gold Cr.
Rancho Cordova, CA 95742


Quality Tools & Abrasives
605 Bonnie Ln.
Elk Grove Village, IL 60007


Qyest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

Reid Supply Co.
PO Box 179
Muskegon, MI 49443-0179


RMS
4836 Brecksville Rd.
PO Box 509
Richfield, OH 44286


RMS
PO Box 20543
Lehigh Valley, PA 18002


Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040


Rnb-fields3/Macy's
Po Box 9475
Minneapolis, MN 55440


Robb RJ Jack Corp.
3300 Nicolaus Rd.
Lincoln, CA 95648


Sallie Mae
Attn: Claims Department
Po Box 9500
Wilkes-Barre, PA 18773


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


Sam's Club
PO Box 960016
Orlando, FL 32896-0016


Sam's Club - Synchrony Bank
Attn.: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117


Sequoia Realty Group
1900 Highland Ave., Ste. 104
Lombard, IL 60148


Sheill Oil Co.
PO Box 27419
Albuquerque, NM 87125-7419


Shell Oil / Citibank
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Shell Oil / Citibank
Po Box 6497
Sioux Falls, SD 57117


Simonds Industries, Inc.
Dept. CH 10604
Palatine, IL 60055-0604


Small Business Growth Corp.
2401 W. White Oaks Dr.
Springfield, IL 62704-7423


Sowa Tool
416 Dussell Dr.
Maumee, OH 43537


Sowa Tool & Machine, Co., Ltd.
500 Manitou Dr.
Kitchener Ontario N2C 1L3 Canada


Spe-D-Cut Atrax
2150 W. lawrence Ave.
Chicago, IL 60625


Springleaf Financial Services
Attention: Bankruptcy Department
Po Box 3251
Evansville, IN 47731

Springleaf Financial Services
P O Box 59
Evansville, IN 47701


Sprint
PO Box 4191
Carol Stream, IL 60197-4191


Starrett Co.
PO Box 983122
Client ID 800048
Boston, MA 02298-3122


Stein & Rotman
27 W. Washington St., Ste. 1105
Chicago, IL 60602-2801


Steiner Electric Co.
1250 Touhy Ave.
Elk Grove Village, IL 60007


Steiner Electric Co.
2665 Paysphere Cr.
Chicago, IL 60674


Steven M. Rogers
3375-f N. Arlighton heights Rd.
Arlington Heights, IL 60004


Steven M. Rogers
3375F N. Arlington Heights Rd.
Arlington Heights, IL 60004


Stevens Business Service
92 Bolt St., Ste. 1
PO Box 1233
Lowell, MA 01853


Suburban Dowel Pins, Rods & Studs
10512 United Pkwy.
Schiller Park, IL 60176

Superior Abrasives
PO Box 14086
4800 Wadsworth Rd.
Dayton, OH 45413


Surpless, Dunn & Co, Inc.
2150 W. Lawrence Ave.
Chicago, IL 60625


Syncb/dicks
P.o. Box 965005
Orlando, FL 32896


Syncb/dicks Dc
P.o. Box 965005
Orlando, FL 32896


Syncb/home Design-sewi
Po Box 981439
El Paso, TX 79998


Syncb/lord & Tay
PO Box 965015
Orlando, FL 32896


Syncb/tjx Cos Dc
Po Box 965005
Orlando, FL 32896


Target N.b.
Po Box 673
Minneapolis, MN 55440


TE-CO
109 Quinter Farm Rd.
Union, OH 45322


Tooling Services, Inc.
654 W. Winthrop Ave.
Addison, IL 60101


Tooling Solutions
1515 Comemrce Dr.
Elgin, IL 60123

Tooling Specialties
1313 ridge Rd.
Hinckley, OH 44233


Toyota Motor Credit
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408


Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523


Transworld Systems, Inc.
Collection Agency
507 Prudential Rd.
Horsham, PA 19044


TruGreen Processing Center
PO Box 9001128
Louisville, KY 40290-1128


U.S. Diamond Wheel Co.
PO Box 503942
Saint Louis, MO 63150-3942


U.S. Small Business Administration
801 R St., Ste. 101
Fresno, CA 93721


U.S. Tool Grinding, Inc.
PO Box 795168
Saint Louis, MO 63179-0795


Ultra Tool Int., Inc.
5451 McFadden Ave.
Huntington Beach, CA 92649


United Recovery Systems
5800 North Course Drive
Houston, TX 77072

United States Postal Service
Postmaster
611 E. Landmeier Rd.
Elk Grove Village, IL 60007-4765


Universal Cutting Tools, Inc.
2276 14 Mile Rd.
Warren, MI 48092


Universal Grinding & Tool Service
1433 W. Fullerton Ave,, Ste. 1
Addison, IL 60101


UPS
Lockbox 577
Carol Stream, IL 60132-0577


UPS Supply Chain Solutions
28013 Network Pl.
Chicago, IL 60673-1280


Us Bank
Po Box 5227
Cincinnati, OH 45201


Us Bank
Cb Disputes
Saint Louis, MO 63166


Us Bank/na Nd
Cb Disputes
Saint Louis, MO 63166


Us Dept Of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116


Us Dept Of Education
Po Box 5609
Greenville, TX 75403


Vermont Gage
10 Precision Ln.
Swanton, VT 05488

Vernon Devices
1111 Plaine Ave.
New Rochelle, NY 10801-2206


Wedevag Tools, Inc.
PO Box 984
800 Hicks Dr.
Elburn, IL 60119


Wera Tools, Inc.
3-730 S. Service Rd.
Stoney Creek, Ontario L8E5S7 Canada


Whitney Tool Co., Inc.
PO Box 545
906 R St.
Bedford, IN 47421


Y G-1 USA Corp.
730 Corporate Woods Pkwy.
Vernon Hills, IL 60061


YMW Taps USA, Inc.
1507 E. McFadden Ave.
Santa Ana, CA 92705


YMW Taps, USA
111 W. Dyer Rd., Ste. D
Santa Ana, CA 92707


Zenger's Inc. Industrial Supplies
11132 W. Grand Ave.
Melrose Park, IL 60164