**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>ROBERT W ROFSTAD JR<br>DEBRA A ROFSTAD<br>Debtor(s) | Case No. 15-11540 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2015.

2) The plan was confirmed on 08/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/27/2015.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $274,535.19.

10) Amount of unsecured claims discharged without payment: $244,187.59.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $38,764.15 |
| Less amount refunded to debtor | $2,682.72 |

**NET RECEIPTS:** $36,081.43

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,593.99 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,593.99

Attorney fees paid and disclosed by debtor:   $4,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A&W TOOL | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| AB TOOLS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AIR TURBINE TECHNOLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALTUS GLOBAL TRADE SOLUTIONS | Unsecured | 5,026.62 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,565.35 | 1,612.15 | 1,612.15 | 1,612.15 | 8.64 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMEX DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 1,110.04 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAKER GOVERN BAKER INC | Unsecured | 719.64 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | NA | NA | 130.44 | 130.44 | 0.70 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 83,096.00 | 82,084.51 | 82,214.95 | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | NA | 130.44 | 130.44 | 0.00 | 0.00 |
| BARNEY DIXON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BEM CNC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP1 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMEX PRECISION TOOLS LLC | Unsecured | 4,883.21 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 7,796.00 | 9,728.05 | 9,728.05 | 9,728.05 | 52.11 |
| CAVALRY SPV I LLC | Unsecured | 6,901.73 | 6,986.41 | 6,986.41 | 6,986.41 | 37.42 |
| CENTAUR PRECISION TOOLS | Unsecured | 340.01 | NA | NA | 0.00 | 0.00 |
| CERAMTEC NORTH AMERICA | Unsecured | 545.90 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 352.55 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 100.39 | NA | NA | 0.00 | 0.00 |
| CHASE BP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHASE MANHATTAN MORTGAGE CO | Unsecured | 57,273.36 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | 69,030.86 | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE CO | Secured | 134,805.65 | NA | NA | 0.00 | 0.00 |
| CHIPS TOOL REPAIR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CNA INSURANCE | Unsecured | 84.15 | NA | NA | 0.00 | 0.00 |
| CNA INSURANCE | Unsecured | 266.84 | NA | NA | 0.00 | 0.00 |
| COLMAR INDUSTRIAL SUPPLY | Unsecured | 2,349.83 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERICAL GRINDING SERVICES | Unsecured | 163.98 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 634.39 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | NA | 102.87 | 102.87 | 102.87 | 0.56 |
| CUTTING EDGE MACHINING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CUTTING TOOL SUPPLY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| D&L SALES | Unsecured | 229.19 | NA | NA | 0.00 | 0.00 |
| DATA FLUTE CNC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DAUPHIN PRECISION TOOL LLC | Unsecured | 102.49 | NA | NA | 0.00 | 0.00 |
| DETECTION SYSTEMS & SERVICE | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| DEVON COMMONS COMMERCIAL C | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIV OF AMERICAN INDUSTRIAL DIR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DORIAN TOOL INTERNATIONAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUNNWELL PACHAGING GROUP LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DURRIE SALES | Unsecured | 159.87 | NA | NA | 0.00 | 0.00 |
| ELLIOTT TOOL TECHNOLOGIES LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENCO MANUFACTURING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENGIS CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ENGMAN TAYLOR CO INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EULER HERMES COLLECTIONS | Unsecured | 52,529.35 | NA | NA | 0.00 | 0.00 |
| EXXON MOBIL | Unsecured | 645.99 | NA | NA | 0.00 | 0.00 |
| EXXON MOBILE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| F&D TOOL CO INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| F&S ENGRAVING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FED EX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 19,301.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 10,450.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 8,702.00 | NA | NA | 0.00 | 0.00 |
| FED LOAN SERV | Unsecured | 7,951.00 | NA | NA | 0.00 | 0.00 |
| FIELD TOOL SUPPLY CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FLEETWOOD INDUSTRIAL SUPPLY | Unsecured | 1,005.84 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL | Secured | NA | 3,742.45 | 3,742.45 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 6,104.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FULLERTON TOOL CO | Unsecured | 1,896.65 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GECRB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GENERAL CUTTING TOOL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CNC INDUSTRIES LTD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GOODSON TOOLS & SUPPLIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRAINGER INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GRAYSMILLS CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREENLEE DIAMOND TOOL CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HPI PIONEER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HTC THE CUTTING TOOL SPECIALIST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HURON MACHINE PRODUCTS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 723.05 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL TOOL CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IRELAND TOOL SALES CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| J & L INDUSTRIAL SUPPLY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 83,885.00 | 77,389.97 | 77,389.97 | 0.00 | 0.00 |
| K&M TOOLING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KBC TOOLS & MACHINERY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KENNAMETAL INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEO CUTTERS INC | Unsecured | 1,487.67 | NA | NA | 0.00 | 0.00 |
| KEO MILLING CUTTERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEXINGTON CUTTER INC | Unsecured | 1,337.60 | NA | NA | 0.00 | 0.00 |
| LEXINGTON CUTTER INC | Unsecured | 1,337.61 | 1,337.61 | 1,337.61 | 1,337.61 | 7.16 |
| LYNDEX NIKKEN INC | Unsecured | 1,454.47 | NA | NA | 0.00 | 0.00 |
| MCS INDUSTRIAL SUPPLY CO | Unsecured | 385.74 | NA | NA | 0.00 | 0.00 |
| MEIN TOOL COMPANY INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERCHANT SERVICES | Unsecured | 689.95 | NA | NA | 0.00 | 0.00 |
| MERCHANT SERVICES | Unsecured | 149.95 | NA | NA | 0.00 | 0.00 |
| MERCHANT SERVICES | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| MITEE BITE PRODUCTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONSTER TOOL CO | Unsecured | 1,769.08 | NA | NA | 0.00 | 0.00 |
| MORESE CUTTING TOOLS INC | Unsecured | 3,798.80 | NA | NA | 0.00 | 0.00 |
| MRK ENTERPRISES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NACHI AMERICAN INC | Unsecured | 1,483.56 | NA | NA | 0.00 | 0.00 |
| NENNING PRINTING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NGK SPARK PLUGS | Unsecured | 3,450.91 | 3,339.64 | 3,339.64 | 3,339.64 | 17.88 |
| NICOR GAS | Unsecured | 80.29 | 132.35 | 132.35 | 132.35 | 0.72 |
| NISSAN MOTOR ACCEPTANCE CORP | Secured | 16,420.00 | 19,168.98 | 19,168.98 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP | Unsecured | 4,271.36 | NA | NA | 0.00 | 0.00 |
| NNT COMPANY LLC | Unsecured | 764.11 | NA | NA | 0.00 | 0.00 |
| NORTH AMERICAN TOOL CORP | Unsecured | 1,797.31 | NA | NA | 0.00 | 0.00 |
| PALATINE COMPLETE DENTAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PALATINE COMPLETE DENTAL | Unsecured | 5,398.64 | 5,398.64 | 5,398.64 | 5,398.64 | 28.91 |
| PERFECT COMMERCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTE BROWN LLC | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| POSTER COMPLIANCE CENTER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| POWER PORT PRODUCTS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 941.52 | 625.79 | 625.79 | 625.79 | 3.35 |
| PRECISION COMPONENTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PRODUCTION TOOL SUPPLY CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROMATEC SYSTEMS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROMAX TOOL CO | Unsecured | 289.94 | NA | NA | 0.00 | 0.00 |
| QUALITY TOOLS & ABRASIVES | Unsecured | 1,099.96 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 10.68 | NA | NA | 0.00 | 0.00 |
| REID SUPPLY CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 1,994.31 | NA | NA | 0.00 | 0.00 |
| RNB FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RNB FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROBB RJ JACK CORP | Unsecured | 295.28 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Unsecured | 4,769.82 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEQUOIA REALTH GROUP | Unsecured | 6,400.00 | NA | NA | 0.00 | 0.00 |
| SEQUOIA REALTH GROUP | Unsecured | 1,442.38 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| SIMONDS INDUSTRIES INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SOWA TOOL & MACHINE CO LTD | Unsecured | 28.25 | NA | NA | 0.00 | 0.00 |
| SPE D CUT ATRAX | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STARRETT CO | Unsecured | 182.88 | NA | NA | 0.00 | 0.00 |
| STEINER ELECTRIC | Unsecured | 376.04 | NA | NA | 0.00 | 0.00 |
| STEVEN M ROGERS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| STEVENS BUSINESS SERV | Unsecured | 182.88 | NA | NA | 0.00 | 0.00 |
| SUBURBAN DOWEL PINS RODS & ST | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ABRASIVES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SURPLESS DUNN & CO INC | Unsecured | 193.34 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOOLING SERVICES INC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| TOOLING SOLUTIONS | Unsecured | 3,760.21 | NA | NA | 0.00 | 0.00 |
| TOOLING SPECIALTIES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUGREEN PROCESSING CENTER | Unsecured | 138.90 | NA | NA | 0.00 | 0.00 |
| ULTRA TOOL INT INC | Unsecured | 1,981.60 | NA | NA | 0.00 | 0.00 |
| United Recovery Systems | Unsecured | 101.99 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL CUTTING TOOLS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL GRINDING & TOOL SERV | Unsecured | 6,420.96 | NA | NA | 0.00 | 0.00 |
| UPS | Unsecured | 728.28 | NA | NA | 0.00 | 0.00 |
| UPS | Unsecured | 18.44 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Us Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DIAMOND WHEEL CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US SMALL BUSINESS ADMINISTRATI | Secured | 113,436.85 | NA | NA | 0.00 | 0.00 |
| US TOOL GRINDING INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERMONT GAGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERNON DEVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEDEVAG TOOLS INC | Unsecured | 338.85 | NA | NA | 0.00 | 0.00 |
| WERA TOOLS INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WHITNEY TOOL CO INC | Unsecured | 2,076.19 | NA | NA | 0.00 | 0.00 |
| Y G-1 USA CORP | Unsecured | 2,153.95 | NA | NA | 0.00 | 0.00 |
| YMW TAPS USA | Unsecured | 4,910.84 | 4,909.74 | 4,909.74 | 4,909.74 | 26.30 |
| ZENGERS INC INDUSTRIAL SUPPLIES | Unsecured | 2,035.57 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $159,604.92 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $22,911.43 | $0.00 | $0.00 |
| All Other Secured | $130.44 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$182,646.79** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$34,303.69** | **$34,303.69** | **$183.75** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,593.99 |
| Disbursements to Creditors | $34,487.44 |
| **TOTAL DISBURSEMENTS :** | **$36,081.43** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/01/2016         By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**